USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/2023

**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

**MEMORANDUM ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NADRECA REID, Individually and as the
representative of a class of similarly situated persons,

                Plaintiff,

        - against -

AUSTIN LIFESTYLE, LLC,

                Defendants.
------------------------------------------------------------X

Case No.   1:23-cv-3160-GHW

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Nadreca Reid, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Austin Lifestyle LLC.

Dated: Scarsdale, New York
       September 7, 2023

                                        SHAKED LAW GOUP, P.C.
                                        Attorneys for Plaintiff

                                        By: /s/ Dan Shaked
                                        Dan Shaked, Esq.
                                        14 Harwood Court, Suite 415
                                        Scarsdale, NY 10583
                                        Tel. (917) 373-9128
                                        e-mail: ShakedLawGroup@Gmail.com

Plaintiff has voluntarily dismissed this case with prejudice under F.R.C.P. 41(a)(1)(A)(i).

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: September 8, 2023
New York, New York

                                        _____
                                        GREGORY H. WOODS
                                        United States District Judge